[Civ. No. 11408. Second Appellate District, Division Two.—June 24, 1937.]

JOHN B. ZUCHELLI, Respondent, v. ETHEL B. CLARK, Appellant.

No appearance for Appellant.

No appearance for Respondent.

CRAIL, P. J.—This is an appeal from a judgment in favor of the plaintiff in a creditor's suit. The time in which to file briefs has expired, and no briefs have been filed. The case was regularly on the calendar after due notice and has been submitted. There is nothing apparent on the record which would justify a reversal.

Judgment affirmed.

McComb, J., concurred.